IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

GEORGE ALLEN,

       Defendant.

Criminal No. 20-0168
ELECTRONICALLY FILED

### HEARING MEMO – Status Conference via Zoom
Date hearing held:   12/10/20
Before Judge Arthur J. Schwab

| | |
|---|---|
| Counsel for Government | Jonathan Lusty |
| Counsel for Defendant | Patrick K. Nightingale |
| Court Reporter | Marsia Balobek |
| Law Clerk/Deputy Clerk | BFM/LCK |
| Start time | 10:28 AM |
| End time | 10:38 AM |

**NOTED:**

The Court schedules a Status Conference or Change of Plea Hearing for 3/30/2021 at 9:30 AM

Defendant to file a Motion for Extension of Time to file Pretrial Motions.