IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal No. 20-168 |
| GEORGE ALLEN, | ) |
| Defendant. | ) |

## CHANGE OF PLEA

Defendant, GEORGE ALLEN, changes his plea and now enters a plea of guilty as to Count(s) __1__ in open court this 22nd day of July, 2021.

_____
Defendant's Signature

_____
Attorney for Defendant