IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL No: 20cr168 |
| VS. | |
| GEORGE ALLEN, | Electronically Filed |
| Defendant. | |

## POSITION WITH RESPECT TO SENTENCING FACTORS

AND NOW, comes the Defendant, George Allen, by and through his attorney, PATRICK K. NIGHTINGALE, ESQUIRE, who brings the within Position With Respect to Sentencing Factors and in support thereof sets forth the following:

1. Defendant, George Allen (hereafter Defendant) is charged with Obstruction of Law Enforcement During Civil Disorder.

2. Defendant has no objections to the Pre-Sentence Report.

    Respectfully Submitted,

    /s/ Patrick K. Nightingale, Esquire

    Attorney I.D. # 76015
    Attorney for Defendant