IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL No: 20cr168 |
| VS. | |
| GEORGE ALLEN, | Electronically Filed |
| Defendant. | |

## EXHIBIT IN SUPPORT OF SENTENCING

AND NOW COMES, the Defendant, George Allen, by and through his counsel, Patrick K. Nightingale, Esquire, who brings the within Exhibit:

1. Letter in Support by Dionne Lane;

2. Letter in Support by Ash Palmer;

3. Letter in Support by Raymont Scott;

4. Letter in Support by Celeste Delaney; and

5. Letter in Support by Janine MacBay.

Respectfully Submitted,

/s/ Patrick K. Nightingale, Esquire
Attorney I.D. # 76015
Attorney for Defendant
707 Grant Street
2340 Gulf Tower
Pittsburgh, PA  15219
412.454.5582
412.454.5583 (fax)
pknlaw@mac.com