Dear Judge Schwab,

My name is Dionne R Lane and I am writing you regarding my son George Allen. George is my first born and only son. He has brought joy and laughter into my life starting the day he was born. I am proud of the man he is becoming. He is a very caring + loving son. He is also a very supportive brother to his siblings. He is a loving + dedicated father to his sons. The way the interact makes me smile. They have real conversations. He asks them questions and they give him real honest answers. He tries to see things from their point of view. He explains things to them in terms they can understand. He is very involved with them. He plays with them, he laughs with them. They have an incredible bond. George is also a loving uncle to 12 nieces + nephews. They refer to him an "uncle". When my grandkids come over to visit - the 1st person they want to go see is "uncle". And they will spend most of their time in the family room with him. - My son has a way of making people feel special and loved. My son is an incredible human being and I am glad that he was blessed to be my son.
I am asking for leniency for my son.

Sincerely,
Dionne R Lane