October 21, 2021

Your Honor:

      I hope this letter finds you well. It is a great honor for me to provide a character reference letter for George Allen, whom I have known as a friend and valuable member of my community for the past 3-4 years.

      I first met George around 2017-2018 through a mutual friend. Since that time, George and I have gotten to know each other fairly well and I consider him a dear friend. Throughout our friendship George has proven to be trustworthy, honest and dependable. I admire George's commitment to personal growth and we speak frequently about how we can better support each other in that regard. I consider George to be my "accountability partner". We check in weekly (sometimes daily) to ensure that we are reaching our personal goals and taking the necessary time to care for our mental health. I have never known George to be a violent person. He is a loving, dedicated father to his 3 sons. Despite now having a felony arrest record, George has become gainfully employed and I believe the full impact of his conduct has sunk in. We have discussed the many obstacles that he will have to overcome in the future in relation to his guilty plea in this matter. I firmly believe that incarcerating George will prohibit him from remaining gainfully employed and will not benefit or protect the community.

      Thank you for your time and attention to this matter. It is my sincere hope that this Honorable Court takes this letter into consideration at the time of sentencing. Despite the current matter, I still believe George to be an honorable individual, a valuable member of my community and an overall great human being.

Sincerely,

Ashely L. Palmer