October 26, 2021

Your Honor:

I am writing this letter in support of George Allen who is scheduled to appear for sentencing on November 10th. I hope this letter is able to offer this court further insight into who George is and my personal relationship with him.

I first met George when I was 8-years-old. We were both enrolled at Greenway Middle School and then Langley High School, where we became acquainted through several classes that we both attended. George had a reputation in school for being the peacemaker/mediator. He was very likeable and had a great sense of humor. He loved making people laugh and he did it well. The environment that George and I grew up in was challenging to say the least. I watched many young black men, our age, get involved in the streets and end up in prison or dead. George and I were able to encourage each other to steer clear of that lifestyle. I don't think either of us would have made it through those years if we didn't have one another to lean on.

George is an excellent father to his 3 sons; Noah (11), Nathan (8) and Nico (5). I have been fortunate enough to watch George form a healthy bond with each of his sons. He is an incredible father-figure and goes above and beyond to ensure that his children are not only cared for, but to ensure that they do not make the same mistakes that he has. His sons look up to him a great deal and I honestly cannot imagine George being taken out of their life.

I have spoken to George in regards to the conduct in question and can confirm that this incident is a source of intense regret and embarrassment for him. He is not a violent person and this incident strikes me as extremely uncharacteristic. While I was surprised to learn of this case, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as he navigates forward, he will emerge a better person.

I hope you will consider this letter at sentencing and that I was able to offer some valuable insight to the court.

    Sincerely,

    Raymont Scott