To whom it may concern –

     I hope this correspondence finds you well and I will not take up much of your time. I just wanted to touch upon a few things with respects to Mr. George Allen and how he conducts himself as a person. I have not known him for a long period of time, but have observed the conscientious nature of his actions - always putting his boys and their best interests first, trying to ensure he is influencing them to be kind hearted, well rounded productive citizens of society in a time where it seems like so many parents are lacking in that area. I have also witnessed him go out of his way to help those in need under multiple circumstances whenever and however he can, including myself - again, a person he doesn't know well and to whom he owes completely nothing. I see him strive to be an effective partner and encourage personal growth for the better in personal relationships as well as platonic. George is a caring and decent man and the world could certainly use more of the self awareness and compassion he holds in his heart. Thank you for taking the time out of your day to read this and enjoy the rest of it. Be safe and well.

 Sincerely,

Celeste S. Delaney