Character Letter for George Allen

Written by: Janine MacBay

jmmacbay@yahoo.com

412-522-2513

It is not difficult for me to list positive attributes of George Allen- it is difficult to sit down and put it into a cohesive letter that would make the reader understand how valuable he is to society as a person, a father, a friend, and a family member.

I met George in June of 2018, when his advocacy caught my attention on social media and I added him as a friend. At the time I was inspired by his bold voice standing against racism, and his desire to hold people who make public racist comments accountable. The common goal of seeing racists face accountability brought George Allen into my life- but the George I have come to know is such an impressive and powerful person far beyond his activism.

George has been my closest friend through some of the hardest moments in my life. His support through my bouts of PTSD and nightmares caused by severe childhood abuse and trauma is a big part of the reason I am able to sit here and write a letter of character for him today. I was suicidal, unhealthy, and scared- and George showed me I had undying support and reminded me of my value to this world. George encourages me to go for promotions at work, to set personal goals that better me, and to strive to reach my full potential. He inspires me because he believes in me so strongly. He inspires me because he is so driven and powerful.

My children do not have a strong father figure in their lives. From the very first time George met them he was happy to engage in play and conversation with them. I have seen the light he brings to them when we get together. I kenw George would be great with my children because I know of the love he has for his children. George is the most loving, involved, charismatic, and kind father that I know. I am an educator of 20 years with a teaching degree- I have worked in a direct childcare environment for over 15 years. I feel confident in saying that George has a gift for understanding children and making them feel valued and heard. His children are lucky to have him as a father, and my children are lucky to have him as a  friend. I hope he can stay as involved in all of their lives as strongly as he is today.

George Allen, in my opinion is destined for greatness. I see such undeniable potential in this man and I am certain that he will leave a profound positive impact on the universe. He is passionate, strong, hardworking, empathetic, brilliant, and kind. Since I have knoen him I have grown as a person beyond measure. George deserves a chance to be everything I know he can and will be in this world.